IN THE UNTED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 3:12-cr-141-KS-FKB-2
Related Case
CIVIL NO. 3:16-cv-985-KS

H. CLAIBORNE FRAZIER

## ORDER

BEFORE THIS COURT is Motion for an Order Directing Respondent to File Original Transcripts of the Criminal Proceedings [174] filed by Claiborne Frazier. The Court has examined this Motion and the electronic case filing system and finds that the requested transcripts are filed in the record as documents [132], [133], [134], [135] and [167]. This Motion has no basis, and the Court finds this Motion should be DENIED.

SO ORDERED this the ___31st___ day of March, 2017.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE