IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                   CRIMINAL NO. 3:12-cr-141-KS-FKB-2

H. CLAIBORNE FRAZIER

**ORDER**

THIS CAUSE IS BEFORE THE COURT on Motion for Sentence Reduction, etc. [175] filed by H. Claiborne Frazier. The Court has considered the Motion as well as the Presentence Report and the history that this Court has with this case. Movant is requesting a sentence reduction and requesting the Court to determine that he is entitled to a reduction in his total offense level for either two or four levels pursuant to U.S.S.G. §3B 1.2. The total offence level found by the Court at the sentencing was 31 which provided for a sentencing range of 108 to 135 months of custody based on his criminal history category of 1. The facts of this case come closer to justifying an aggregating role more than a mitigating role. The offender was sentenced to a term of 60 months which was a significant downward variance. The Court finds that the request of the Movant, H. Claiborne Frazier, is not well taken and is DENIED.

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion for Sentence Reduction, etc. [175] be, and the same is, hereby DENIED.

SO ORDERED this the     31st     day of March, 2017.


                                                                    s/Keith Starrett
                                                            UNITED STATES DISTRICT JUDGE