IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  Criminal No.: 3:12-cr-00141-KS-FKB
 Civil No.: 3:17-cr-244-KS-FKB

H. CLAIBORNE FRAZIER

ORDER

The Court has reviewed the Defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed herein. Upon the motion of the United States, and upon a finding that the Defendant alleges ineffective assistance of counsel in this cause, the Court specifically finds that the Defendant has waived his right to claim an attorney-client privilege in regard to these proceedings.

IT IS THEREFORE ORDERED that the Honorable Drew McLemore Martin and the Honorable Cynthia A. Stewart, former counsel for the defendant, individually respond within 20 days of this Order by written affidavit to the allegations made by the Defendant in the motion, with a copy of the affidavit provided to the United States, and that the United States submit its Response to the Defendant's motion no later than 20 days after the submission of the above-referenced affidavits.

ORDERED on this, the  29th  day of  August , 2017.


 _s/Keith Starrett_____
 UNITED STATES DISTRICT JUDGE